COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER WITHDRAWING MEDIATION ORDER

Appellate case name:     Texas Department of Aging and Disability Services v. Carol Mersch

Appellate case number:   01-13-00021-CV

Date motion filed:       February 7, 2013

Type of Motion:          Objection to Mediation

Party filing motion:     Appellee

Trial court case number: 26248

Trial court:             344th District Court of Chambers County

It is **ORDERED** that Appellee's objection to mediation is granted.  We withdraw our Mediation Order dated January 29, 2013.

Judge's signature:  /s/ Sherry Radack
                    x  Acting individually

Date:  February 13, 2013 [i]

---

[i] Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:  Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).